IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| THOMAS SAWYER, )<br>      Petitioner, )<br>)<br>v. )<br>)<br>WILLIAM STEPHENS, Director, )<br>Texas Department of Criminal Justice, )<br>Correctional Institutions Division, )<br>      Respondent. ) | Civil No. 7:12-CV-185-O-BL |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, of the Report and Recommendation of the United States Magistrate Judge, and of Petitioner's objections thereto, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Additionally, the Court has reviewed Petitioner's reply to Respondent's answer, which was filed after the Magistrate Judge's Report and Recommendation was entered. The Court finds nothing in Petitioner's reply that would warrant habeas relief in this case. The Court further notes that, in his response to the Magistrate Judge's Report and Recommendation, Petitioner claims that previously earned good-time credits were taken from him in each of the two prison disciplinary actions that he challenges. Review of the verified disciplinary hearing records reveals that Petitioner is incorrect. No previously earned good-time credits were taken as a result of either proceeding. *See* Disciplinary Hearing Record of Case No. 20110347847 at p. 1; Disciplinary

Hearing Record of Case No. 20120013295 at p. 1. The Court is entitled to rely upon such records in denying relief. *See Reeves v. Wood*, 206 Fed. Appx. 368, *370, 2006 WL 3337451, *2 (5th Cir. 2006) (stating that a court is entitled to rely upon authenticated prison disciplinary records for summary judgment purposes).

For the foregoing reasons, the petition for writ of habeas corpus is DENIED.

SO ORDERED this 13th day of August, 2013.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**